and argument would not aid the decisional process.

*AFFIRMED*

**Donna SABOL, Plaintiff—Appellant,**

v.

**HEALTHEXTRAS, INCORPORATED, Defendant—Appellee.**

No. 09–1950.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2010.

Decided: Oct. 1, 2010.

Aaron C. Hemmings, Hemmings & Stevens, PLLC, Raleigh, North Carolina, for Appellant. Christopher J. Blake, Leslie Lane Mize, Nelson, Mullins, Riley & Scarborough, LLP, Raleigh, North Carolina, for Appellee.

Before KING, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Donna Sabol appeals the district court's order in her civil action granting HealthExtras, Incorporation's motion to dismiss under Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sabol v. HealthExtras, Inc.,* No. 5:08–cv–00198–E, 2009 WL 2151390 (E.D.N.C. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Stephen F. BUZZELL; Kimberly B. Buzzell, Plaintiffs—Appellants,**

v.

**John B. WALLIN; Wanda N. Wallin; Elizabeth J. Atkinson; Pam J. Faber; Bank of Lancaster; The United States of America; The Internal Revenue Service, Defendants—Appellees.**

No. 10–1818.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

Stephen F. Buzzell, Kimberly B. Buzzell, Appellants Pro Se. Andrew Biondi, Sands Anderson, PC, Richmond, Virginia; Charles Franklin Midkiff, Michael R. Spitzer, II, Midkiff, Muncie & Ross, PC, Richmond, Virginia; Melissa Briggs, Robert William Metzler, United States Department of Justice, Tax Division, Washington, D.C., for Appellees.

Before WILKINSON, SHEDD and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen F. Buzzell and Kimberly B. Buzzell appeal the district court's order granting in part their motion for voluntary dismissal and its subsequent order denying reconsideration and granting the Government's Fed.R.Civ.P. 12(b)(6) motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Buzzell v. Wallin,* No. 3:09–cv–00795–HEH, 2010 WL 4131399 (E.D. Va. May 11, 2010); 2010 WL 2399685 (June 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*